UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA M. TOZZER,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>            Defendant. | No.  CV-09-5017-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND (Ct. Rec.<br>17) |

The parties have filed a stipulated motion for remand of this case to the Commissioner for further administrative proceedings. (**Ct. Rec. 17**).  The parties have filed a consent to proceed before a magistrate judge.  (Ct. Rec. 6).

After considering the stipulation, **IT IS ORDERED** that the above-captioned case be remanded for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the Administrative Law Judge will hold a new hearing and issue a new decision.  The ALJ will reconsider the medical and other source evidence of record, and explain the weight given to the evidence, pursuant to applicable regulations. The ALJ will re-evaluate plaintiff's credibility and her residual functional capacity.  The

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 1

ALJ will reevaluate plaintiff's capacity to perform her past relevant work, and, as needed, other work, at step five of the sequential process, obtaining vocational expert testimony, if necessary. On November 17, 2008, plaintiff filed new disability claims, which have been denied at the initial and reconsideration levels. The ALJ will consolidate the new claims, consider the new evidence, and issue a new decision on the associated claims. The ALJ will take any other actions necessary to develop the record. Plaintiff will be afforded the opportunity to submit additional evidence and argument.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See, Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C § 2412(a),(d), upon proper request to this Court.

Accordingly, this court **reverses** the Commissioner's decision.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated motion for an order of remand (**Ct. Rec. 17**) is G**RANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees and costs may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and **close** this file.

**IT IS SO ORDERED.**

**DATED** this 15th day of September, 2009.

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 2

```
                                    s/James P. Hutton
                                   JAMES P. HUTTON
                           UNITED STATES MAGISTRATE JUDGE
```

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 3