# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

DEBRA M. TOZZER,⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀⠀NO.  CV-09-5017-JPH
⠀⠀vs.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀⠀**JUDGMENT IN A**
MICHAEL J. ASTRUE,⠀⠀⠀⠀⠀)⠀⠀⠀⠀⠀⠀**CIVIL CASE**
Commissioner of Social Security,⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀Defendant.⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
_____)

**STIPULATION BY THE PARTIES:**

⠀⠀⠀⠀The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

⠀⠀⠀⠀**IT IS ORDERED AND ADJUDGED** that:

⠀⠀⠀⠀The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

⠀⠀⠀⠀DATED this 15th day of September, 2009.

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀JAMES R. LARSEN
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀District Court Executive/Clerk


⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀by: __s/ Karen White_____
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Deputy Clerk


cc: all counsel